**FILED**
November 3, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                         )<br>            Plaintiff,                          )<br>v.                                                        )<br>                                                         )<br>KYREE M. WILLIAMS,                   )<br>                                                         )<br>            Defendant.                       ) | Case No. 2:14-mj-00256-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release, KYREE M. WILLIAMS, Case No. 2:14-mj-00256-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__X__    Release on Personal Recognizance

____    Bail Posted in the Sum of: $

   ____    Unsecured Appearance Bond

   ____    Secured Appearance Bond

__X__    (Other) <u>Conditions as stated on the record.</u>

__X__    (Other) <u>The Defendant is ordered to appear on 11/13/2014 at 9:00 a.m. before Magistrate Judge Stephen Hyles in the Middle District of Georgia.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  11/3/2014  at  3:30pm.

By _____
Edmund F. Brennan
United States Magistrate Judge