HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA HARTER, #179741
Chief Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
KYREE M. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. S. 14-mj-0256-EFB |
| Plaintiff, | [PROPOSED] ORDER FOR TRANSPORTATION ORDER PURSUANT TO 18 U.S.C. §4285 |
| v. | |
| KYREE M. WILLIAMS, | Judge: Hon. Edmund F. Brennan |
| Defendant. | |

**TO: UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:**

This Order is to authorize and direct you to furnish the above named defendant, KYREE M. WILLIAMS, the cost of or an actual ticket for travel from his home in California to the Middle District of Georgia, in Columbus, Georgia pursuant to 18 U.S.C. § 4285.  Subsistence travel expenses are also authorized up to the limits set by 5 U.S.C. 5702(a).  The Court has been presented with information indicating that Mr. Williams is indigent and without funds to purchase his own ticket.

The defendant's court appearance in Columbus, Georgia at a date soon to be set by the Magistrate in the Middle District of Georgia.

IT IS SO ORDERED.

Dated:  December 2, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

-1-